# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nathan R Zettle and Jessica L D Zettle <br> <u>Debtor(s)</u> | BKY. NO. 15-00312 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2721

                                       Respectfully submitted,

                                       <u>**/s/ Thomas Puleo**</u>
                                       Thomas Puleo, Esquire
                                       James C. Warmbrodt, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 825-6306  FAX (215) 825-6406
                                       Attorney for Movant/Applicant