# JOHNSTON & ZAGURSKIE, PC
## ATTORNEYS AT LAW
### 117 MAIN STREET
### P.O. BOX 0
### MIFFLIN, PA 17058

Michael "Doc" Johnston, Esq.
Donald K. Zagurskie, Esq.
Donis H. Zagurskie, Esq.

Area Code 717
Telephone 436-8044
Fax 436-2722

March 23, 2020

Clerk, U.S. Bankruptcy Court
P.O. Box 908
Harrisburg, PA 17108

      RE:    Nathan R. & Jessica L.D. Zettle
                Case No. 1-15-bk-00312-RNO

Dear Clerk:

I am writing to advise of an address change for the following creditor:

**Old Address:**

Jabco Realty Management LLC
c/o Keystone Credit Collection
124 ½ East Main Street
Lock Haven, PA 17745-1332

**New Address:**

Jabco Realty Management LLC
c/o Keystone Credit Collection
PO Box 707
Richland, PA 17087-0707

Very truly yours,

Donald K. Zagurskie
Attorney

DKZ:bbh