```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 15-00312-HWV
Nathan R Zettle                                                     Chapter 13
Jessica L D Zettle
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke             Page 1 of 1              Date Rcvd: Apr 14, 2020
                              Form ID: fnldec             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.
db          +Nathan R Zettle,    145 E. Wilson St,    Centre Hall, PA 16828-8703
jdb         +Jessica L D Zettle,    2576 Free Spring Churd Rd,   McAlisterville, PA 17049-8594

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Donald   Zagurskie   on behalf of Debtor 2 Jessica L D Zettle jzmlawbecky@nmax.net,
               jzmlawoffice@gmail.com
              Donald   Zagurskie   on behalf of Debtor 1 Nathan R Zettle jzmlawbecky@nmax.net,
               jzmlawoffice@gmail.com
              Joshua I Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo   on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nathan R Zettle,
**Debtor 1**

Jessica L D Zettle,
**Debtor 2**

Chapter 13

Case No. 1:15−bk−00312−HWV

Social Security No.:
xxx−xx−6724    xxx−xx−0040

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 14, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (05/18)